Eatontown v. Wolley.

PER CURIAM. The judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DIXON, REED, VAN SYCKEL, BROWN, CLEMENT, McGREGOR, PATERSON, WHITAKER. 10.

*For reversal* — None.

---

THE INHABITANTS OF THE TOWNSHIP OF EATONTOWN, PLAINTIFFS IN ERROR, v. MONTILLON WOLLEY, DEFENDANT IN ERROR

On error to the Supreme Court. For opinion of the Supreme Court, see 20 *Vroom* 386.

For the plaintiffs in error, *James Steen.*

For the defendant in error, *Wilbur A. Heisley.*

PER CURIAM. The judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, McGREGOR, PATERSON, WHITAKER. 11.

*For reversal* — None.